UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Aaron Rhy Broussard, | Case No. 22-cv-0893 (WMW/ECW) |
| Petitioner, | |
| v. | **ORDER** |
| United States of America; Susan Richard Nelson; Terrence Olstad; Thomas M. Hollenhorst; Melinda A. Williams; Charles J. Novats, Jr.; and U.S. Department of Justice, | |
| Respondents. | |

Before the Court are Petitioner Aaron Rhy Broussard's petition for a writ of habeas corpus challenging his pre-judgment detention, (Dkt. 1), application to proceed *in forma pauperis*, (Dkt. 2), motion for a temporary injunction, (Dkt. 5), and motion for a temporary restraining order, (Dkt. 6).

After careful review, the Court concludes that Broussard's petition for a writ of habeas corpus is frivolous for the reasons explained more fully in *Broussard v. United States*, No. 21-CV-2484 (SRN/LIB), 2021 WL 5868719, at *1 (D. Minn. Nov. 18, 2021), and in *Broussard v. United States*, No. 22-CV-0889 (JRT/LIB), Dkt. 8 (D. Minn. Apr. 12, 2022). Accordingly, the Court summarily denies Broussard's petition, *see* Rule 4, Rules Governing Section 2254 Cases in the United States District Courts,[1] and denies as moot

---

[1] Broussard's petition is not brought pursuant to 28 U.S.C. § 2254, but the Rules Governing Section 2254 Cases in the United States District Courts may nevertheless be

Broussard's request to proceed *in forma pauperis*.  The Court also denies Broussard's motions for temporary injunctive relief.  An appeal from this dismissal could not be taken in good faith, and Broussard will not be granted *in forma pauperis* status to pursue such an appeal.  *See* 28 U.S.C. § 1915(a)(3).

Based on the foregoing analysis and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED**:

1.  Petitioner Aaron Rhy Broussard's petition for a writ of habeas corpus, (Dkt. 1), is **DENIED**.

2.  Petitioner Aaron Rhy Broussard's application to proceed *in forma pauperis*, (Dkt. 2), is **DENIED AS MOOT**.

3.  Petitioner Aaron Rhy Broussard's motions for injunctive relief, (Dkts. 5, 6), are **DENIED**.

4.  This action is **DISMISSED WITHOUT PREJUDICE**.

5.  The Court certifies that an appeal from this dismissal could not be taken in good faith.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  April 13, 2022                                s/Wilhelmina M. Wright
                                                      Wilhelmina M. Wright
                                                      United States District Judge

---

applied to this matter.  *See* Rule 1(b), Rules Governing Section 2254 Cases in the United States District Courts.